1

2

3

4

5

6

7             IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9  JOHN EPPS,

10           Petitioner,                    No. CIV S-04-1047 MCE KJM P

11      vs.

12  TOM L. CAREY,

13           Respondent.              ORDER

14  _____/

15           Petitioner has requested the appointment of counsel.  There currently exists no

16  absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d

17  453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

18  any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing

19  § 2254 Cases.  In the present case, the court does not find that the interests of justice would be

20  served by the appointment of counsel at the present time.

21  /////

22  /////

23  /////

24  /////

25  /////

26  /////

1    Accordingly, IT IS HEREBY ORDERED that petitioner's February 10, 2006

2 motion for appointment of counsel is denied without prejudice to a renewal of the motion at a

3 later stage of the proceedings.

4 DATED:  April 25, 2006.

5

6 _____

UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11 1/mp
epps1047.110

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26