IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN EPPS,

        Petitioner,                      No. CIV-S-04-1047 MCE KJM P

      vs.

TOM L. CAREY,

        Respondent.               ORDER

/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/////

/////

/////

/////

/////

/////

Accordingly, IT IS HEREBY ORDERED that petitioner's March 22, 2007 request for appointment of counsel is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

DATED: March 30, 2007.

U.S. MAGISTRATE JUDGE

1
epps1047.110