IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN EPPS,

    Petitioner,               No. CIV S-04-1047 MCE KJM P

  vs.

TOM L. CAREY,

    Respondent.          <u>ORDER</u>

_____/

       Good cause appearing, IT IS HEREBY ORDERED that within twenty days of this order, petitioner inform the court when he forwarded his November 1, 2007 "Petition For Writ Of Habeas Corpus" to prison officials for mailing. Petitioner's response to this order shall be signed under the penalty of perjury.

DATED: January 24, 2008.

_____
U.S. MAGISTRATE JUDGE

1
epps1047.app